# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-3885

_____

Roger K. Onstad,

      Appellant,

  v.

Mark W. Barnett, in both his official
and personal capacity; Jeff Bloomberg,
Secretary of the Department of
Corrections for State of SD in both
his official and personal capacity;
Joseph Class, Warden, SD State
Penitentiary, in both his official and
personal capacity; Prison Health
Services, Inc., contracted under Sioux
Valley Hospital; Dr. Frost, Head of
Prison Health Service, in both his
official and personal capacity; Dr.
Shaffer, on duty medical doctor for
Prison Health Service, in both his
official and personal capacity,

      Appellees.

    Appeal from the United States
    District Court for the
    District of South Dakota.

    **[UNPUBLISHED]**

_____

Submitted: July 2, 1998
Filed: July 6, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

———————

PER CURIAM.

Roger Onstad, a South Dakota inmate, appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 conditions-of-confinement lawsuit. After careful review of the record and the parties' briefs, we affirm for the reasons stated by the district court. We also conclude that the district court did not abuse its discretion by denying Onstad's motions for recusal, for appointed counsel, and to amend his complaint. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE JOHN B. JONES, United States District Judge for the District of South Dakota.